UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PHILANDER S. McFARLAND | ] | |
|     Plaintiff, | ] | |
| | ] | GENERAL DOCKET |
| v. | ] | No. 3:14-mc-0468 |
| | ] | Judge Sharp |
| BRENT R. McFALL | ] | |
|     Defendant. | ] | |

## O R D E R

Presently before the Court is a *pro se* prisoner complaint (Docket Entry No. 1) brought pursuant to 18 U.S.C. § 2319 (Criminal Infringement of a Copyright). The plaintiff, however, has neglected to either pay the fee required for the filing of the complaint or submit a properly completed application to proceed in forma pauperis.

Accordingly, the plaintiff is hereby GRANTED thirty (30) days from the date of entry of this order on the docket in which to either pay the civil filing fee of four hundred dollars ($400) or submit an application to proceed in forma pauperis with a certified copy of his inmate trust account statement for the previous six month period. 28 U.S.C. § 1915(a)(2). The Clerk will provide the plaintiff with a blank application to proceed in forma pauperis and a copy of Administrative Order No. 93.

Plaintiff is forewarned that, should he fail to comply with these instructions within the specified period of time, the Court will presume that he is not a pauper, assess the filing fee and order its collection from his inmate trust account, and dismiss the instant action for want of

1

prosecution. McGore v. Wrigglesworth, 114 F.3d 601, 606 (6th Cir. 1997).

It is so ORDERED.

_____
Kevin H. Sharp
United States District Judge